# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CRIMINAL ACTION NO. 3:99-cr-00154-GCM

| | |
|---|---|
| UNITED STATES,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EMMANUEL BROWN,<br><br>Defendant. | <u>ORDER</u> |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Charles Emmanuel Brown filed a pro se Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 175). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: August 25, 2021

Graham C. Mullen
United States District Judge